IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL THOMAS, | ) | 4:11CV3102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DOUGLAS COUNTY JAIL, The, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on its own motion. The above-captioned matter has been provisionally filed on July 7, 2011. (Filing No. 1.) However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, the plaintiff, Michael Thomas, must correct the defect listed below. **FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE PETITION.**

    Michael Thomas has failed to include the $350.00 filing fee. Mr. Thomas has the choice of either tendering the $350.00 fee to the clerk of the court or submitting a request to proceed in forma pauperis and an affidavit of poverty in support thereof. If Mr. Thomas chooses to do the latter, the enclosed pauper's forms should be completed and returned to this court. Michael Thomas is cautioned that, if he is permitted to proceed in forma pauperis, he will still be required to pay the entire $350.00 filing fee. However, he will be allowed to pay the filing fee in installments in accordance with 28 U.S.C. § 1915.

    IT IS THEREFORE ORDERED that:

    1.    The plaintiff, Michael Thomas, is directed to correct the above-listed technical defect in the Complaint on or before August 8, 2011.

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without further notice.

3. The clerk of the court is directed to send to Michael Thomas the Form AO240, Application to Proceed Without Prepayment of Fees and Affidavit.

4. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: August 8, 2011: Check for MIFP or payment.

Dated July 11, 2011.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge